In the Matter of the Application of the GRAND JURY OF THE COUNTY OF KINGS. BARTHOLOMEW NICASTRO, Appellant; RAYMON H. CHADEAYNE, Foreman of Said Grand Jury, Respondent.—

Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur. [201 Misc. 4.]